**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8539**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

MICHAEL GALLMAN,

                    Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Henry M. Herlong, Jr., District Judge.  (8:00-cr-00191-HMH-2)

Submitted:  May 21, 2009                  Decided:  May 27, 2009

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Gallman, Appellant Pro Se.  Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Gallman appeals the district court's order denying his motion for an evidentiary hearing to establish his substantial assistance to the Government. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Gallman</u>, No. 8:00-cr-00191-HMH-2 (D.S.C. Nov. 18, 2008). We also deny Gallman's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>